UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ANGLIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. PRATTI, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01334-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>[ECF No. 10] |

Plaintiff Raymond Anglin is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 24, 2019, the Magistrate Judge issued Findings and Recommendations recommending that this action proceed against Defendants U. Resendez, I. Cavazos, J. Amaya, T. Villalobos, J. Guerrero, R. Gomez, and against Defendants Wilburn and F. Duran for failure to intervene in violation of the Eighth Amendment. (ECF No. 10.) The Findings and Recommendations was served on Plaintiff and contained notice that objections were to be filed within twenty-one days. No objections were filed and the time to do so has now expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued on October 24, 2019, are adopted in full;
2. This action shall proceed against Defendants U. Resendez, I. Cavazos, J. Amaya, T. Villalobos, J. Guerrero, R. Gomez, and against Defendants Wilburn and F. Duran for failure to intervene in violation of the Eighth Amendment;
3. All other claims and Defendants are dismissed from the action for failure to state a cognizable claim for relief; and
4. The matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **December 2, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE