# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ANGLIN,<br><br>             Plaintiff,<br><br>      v.<br><br>PRATTI, *et al.*,<br><br>             Defendants. | Case No.  1:19-cv-01334-NONE-SAB (PC)<br><br>ORDER CONTINUIING SETTLEMENT CONFERENCE<br><br>**Date:  October 8, 2020**<br>**Time:  9:30 a.m.** |

A settlement conference in this matter is currently scheduled on July 28, 2020, at 9:30 a.m. before the undersigned.  In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the Court finds that the settlement conference will be continued to **October 8, 2020, at 9:30 a.m.** at the United States Courthouse located at 2500 Tulare Street, Fresno, California, in Courtroom 8 (BAM).  If circumstances change prior to the settlement conference, the Court may require video or telephonic appearances by the parties.   The Court will issue any necessary transportation writ for Plaintiff's appearance in due course.

IT IS SO ORDERED.

Dated:    **July 2, 2020**          /s/ *Barbara A. McAuliffe*          
                                                      UNITED STATES MAGISTRATE JUDGE

1