**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND ANGLIN,<br><br>   Plaintiff,<br><br>   v.<br><br>M. PRATTI, et al.,<br><br>   Defendants. | Case No. 1:19-cv-01334-NONE-SAB (PC)<br><br>ORDER REQURING **ALL PARTIES** TO APPEAR REMOTELY AT THE SETTLEMENT CONFERENCE BY **VIDEO VIA ZOOM** |

Plaintiff Raymond Anglin is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter is currently scheduled on October 8, 2020, at 9:30 a.m. before the undersigned. In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the Court finds that the parties shall appear **remotely** by **video via the Zoom application**.

Counsel for Defendants shall contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672 or mhernandez@caed.uscourts.gov for the video and dial-in information for all parties. Counsel for Defendants is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information.

IT IS SO ORDERED.

Dated:   **September 1, 2020**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

1