UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ANGLIN,<br>　　　　　　Plaintiff,<br><br>v.<br><br>M. PRATTI, et al.,<br>　　　　　　Defendants. | 1:19-cv-01334-NONE-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **RAYMOND ANGLIN, CDCR #BE-8886**, VIA VIDEO CONFERENCE<br><br>DATE: October 8, 2020<br>TIME: 9:30 a.m. |

　　**Raymond Anglin**, **CDCR #BE-8886**, a necessary and material witness on his own behalf in a Settlement Conference in this case on October 8, 2020, is confined at **California State Prison, Los Angeles County**, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference (via Zoom)** before Magistrate Judge Barbara A. McAuliffe, on October 8, 2020, at 9:30 a.m.

　　**ACCORDINGLY, IT IS ORDERED that:**

　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by video conference (via Zoom)** before the United States District Court at the time and place above, until completion of settlement proceedings or as ordered by the court.

　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California State Prison, Los Angeles County**

　　**WE COMMAND** you to produce the inmate named above **to appear via video conference** at the time and place above, until completion of the settlement proceedings, or as ordered by the court.

　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:　**September 9, 2020**　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

