UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ANGLIN,<br><br>    Plaintiff,<br><br>v.<br><br>M. PRATTI, et al.,<br><br>    Defendants. | No. 1:19-cv-01334-NONE-SAB (PC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMEDATIONS AND DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON ISSUE OF EXHAUSTION</u><br><br>(Doc. Nos. 35, 47) |

Plaintiff Raymond Anglin is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 13, 2021, the assigned magistrate judge issued findings and recommendations (Doc. No. 47) recommending that defendant's motion for summary judgment for failure to exhaust the administrative remedies (Doc. No. 35) be denied. The findings and recommendations further recommended granting summary judgment to plaintiff on the issue of exhaustion *sua sponte*. The findings and recommendations were served on the parties and contained notice that objections were to be filed within thirty days. (*Id.* at 11–12.) No objections were filed and the time to do so has now passed.

/////

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis. The court notes that district courts may enter partial summary judgment on the issue of exhaustion under the Prisoner Litigation Reform Act to nonmovant plaintiffs when the defendants had moved for summary judgment on exhaustion and had full and fair opportunity to litigate the issue. *Albino v. Baca*, 747 F.3d 1162, 1176–77 (9th Cir. 2014) (remanding to district court with instructions to enter summary judgment to plaintiff on issue of exhaustion where plaintiff was nonmovant).

Accordingly:

1. The May 13, 2021 findings and recommendations (Doc. No. 47) are adopted in full;
2. Defendants' motion for summary judgment (Doc. No. 35) is denied;
3. Summary judgment on the issue of exhaustion is entered for plaintiff; and
4. The matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **September 10, 2021**

UNITED STATES DISTRICT JUDGE