UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ANGLIN,<br><br>          Plaintiff,<br><br>     v.<br><br>M. PRATTI, et al.,<br><br>          Defendants. | Case No. 1:19-cv-01334-JLT-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO APPOINT A MEDIATOR AND SCHEDULE A MEDIATION HEARING<br><br>(ECF No. 55) |

Plaintiff Raymond Anglin is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to appoint a mediator and schedule a mediation hearing, filed June 13, 2022.

This case is currently set for jury trial before District Judge Jennifer L. Thurston on November 28, 2022.

The Court previously held a settlement conference before Magistrate Judge Barbara A. McAuliffe on October 8, 2020, but the parties did not reach a settlement agreement.  Plaintiff is advised that the parties are free to discuss settlement negotiations among themselves and if all the parties agree that a settlement conference will be beneficial they may contact the Court to schedule a

///

///

1

further settlement conference. However, at this time, Plaintiff's motion to appoint a mediator and to schedule a mediation hearing is DENIED.

IT IS SO ORDERED.

Dated: **June 15, 2022**

_____
UNITED STATES MAGISTRATE JUDGE