UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ANGLIN,<br><br>  Plaintiff,<br><br>  v.<br><br>M. PRATTI, et al.,<br><br>  Defendants. | Case No. 1:19-cv-01334-JLT-SAB (PC)<br><br>ORDER REGARDING CONSENT TO, DECLINE TO, OR WITHHOLD CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION WITHIN **FIVE (5) DAYS.** |

Plaintiff Raymond Anglin is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter is currently set for jury trial on November 28, 2022, on Plaintiff's excessive force claim against defendants U. Resendez, I. Cavazos, J. Amaya, T. Villalobos, J. Guerrero, R. Gomez for excessive force, and failure to intervene claim against defendants Wilburn and F. Duran.

Defendants consented to magistrate judge jurisdiction on September 20, 2022.  (Doc. 65.)

The Fresno Division of the Eastern District of California now has the heaviest District Judge caseload in the entire nation.  While the Court will use its best efforts to resolve this case and all other civil cases in a timely manner, the parties are admonished that not all of the parties' needs and expectations may be met as expeditiously as desired.

District Judges are now setting multiple trials to begin upon the same date, and as a result parties may find their case trailing with little notice before the trial begins.  The law requires the Court give any criminal case priority over civil trials and other matters, and the Court must

1  proceed with criminal trials even if a civil trial is older or was set earlier.  Continuances of civil
2  trials under these circumstances will no longer be entertained, absent a specific and stated
3  finding of good cause.  If multiple trials are scheduled to begin on the same day, this civil trial
4  will trail day to day or week to week until completion of any criminal case or older civil case.

The parties are advised of the availability of a United States Magistrate Judge to conduct all proceedings in this action.  A United States Magistrate Judge is available to rule upon dispositive motions and conduct trials if need be, including entry of final judgment, pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and Local Rule 305.

Defendants have already consented to Magistrate Judge jurisdiction, but Plaintiff has neither consented nor declined.  Based on the foregoing, the Court will direct the Clerk of the Court to provide the parties with the Court's standard form to consent to or decline Magistrate Judge jurisdiction.  Within **five (5)** calendar days of this order's date of service, Plaintiff shall either consent to or decline Magistrate Judge jurisdiction by filling out the requisite forms and returning them to the Court.  Notwithstanding the foregoing, Plaintiff is advised that he is free to decline or withhold consent without any adverse substantive consequences.  The Court also does not take any position on the merits of any claim or defense in this case by issuing this order.

Based on the foregoing, it is **HEREBY ORDERED** that:

1. The Clerk of the Court is **DIRECTED** to send Plaintiff a copy of the consent/decline form and the instructions for consenting to or declining Magistrate Judge jurisdiction.
2. Within **five (5)** calendar days from the date of service of this order, Plaintiff shall complete and return the Consent or Request for Reassignment form.
3. If the form is not received within **five (5)** calendar days, the Court will assume that the Plaintiff has withheld consent and will proceed accordingly.

IT IS SO ORDERED.

Dated:   **September 26, 2022**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

2