# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ANGLIN,<br><br>Plaintiff,<br><br>v.<br><br>M. PRATTI, et al.,<br><br>Defendants. | Case No. 1:19-cv-01334-JLT-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO FILE AN AMENDED PRETRIAL STATEMENT<br><br>(ECF No. 68) |

Plaintiff Raymond Anglin is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to file an amended pretrial statement, filed October 5, 2022. Defendants move to file an amended pretrial statement, to add as a listed witness Captain T. Gonzalez, and to add as a listed exhibit the text of California Code of Regulations, title 15, section 3268 (Use of Force).

Based on the showing of good cause, Defendants' motion to file an amended pretrial statement is granted.

IT IS SO ORDERED.

Dated:  **October 6, 2022**

UNITED STATES MAGISTRATE JUDGE

1