**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND ANGLIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>M. PRATTI, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01334-JLT-SAB (PC)<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY THE JURY TRIAL SHOULD NOT BE CONTINUED |

　　　　On October 28, 2022, the Court issued a writ of habeas corpus ad testificandum to produce Mr. Anglin at the United States District Court for the Eastern District of California, Fresno Division, in order for Mr. Anglin to participate in the jury trial currently set to commence on November 28, 2022. (Doc. 75.) However, on November 21, 2022, the Court was informed that Mr. Anglin is currently in a quarantine building of the California State Prison of Los Angeles County and refuses to take a COVID test to facilitate his transport. The Court was also informed that the applicable quarantine will not end until December 12, 2022, at the earliest.

　　　　Given the imminent trial date and the Court holiday closures this week, the Court **ORDERS**:

　　　　1.　　**No later than 5 p.m. on November 22, 2022**, Mr. Anglin **SHALL** notify the Court through the Litigation Coordinator or the assigned Deputy Attorney General whether he will comply with all necessary procedures to facilitate his transfer and transportation, including

1

taking a COVID test. Otherwise, he SHALL show cause why the Court should not continue the trial date to December 12, 2022.

      2.     The assigned Deputy Attorney General **SHALL** have this order hand-delivered to the plaintiff immediately.

      3.     This order **SHALL** be faxed to the Litigation Coordinator at Mr. Anglin's place of incarceration with the Court's request that this order be hand-delivered to Mr. Anglin. The Court also requests that the Litigation Coordinator report back, either directly to the Court or through the assigned Deputy Attorney General Mr. Anglin's response to this order no later than 5 p.m. tomorrow.

**Failure to comply with this order will result in a continuance of the jury trial until such time as State of California, Department of Corrections and Rehabilitation can safely execute Mr. Anglin's transport.**

IT IS SO ORDERED.

Dated:   **November 21, 2022**

UNITED STATES DISTRICT JUDGE