UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ANGLIN,<br><br>                Plaintiff,<br><br>v.<br><br>M. PRATTI, et al.,<br><br>                Defendants. | Case No. 1:19-cv-01334-JLT-SAB (PC)<br><br>ORDER RESETTING TRIAL DATE<br><br>Date: December 12, 2022<br>Time: 8:30 a.m. |

On November 21, 2022, the Court was informed that Mr. Anglin is currently in a quarantine building of the California State Prison of Los Angeles County and had refused to take a COVID test to facilitate his transport. The Court was also informed that the applicable quarantine will not end until December 12, 2022, at the earliest. The Court issued an order to show cause by Mr. Anglin as to his decision to comply with the prison transportation procedures or otherwise explain why the trial should not be continued. (Doc. 92.)

On November 22, 2022, the CSP-LAC Litigation Coordinator informed the Court that Mr. Anglin agreed to comply with transportation procedures and including necessary COVID testing. The Deputy Attorney General and CSP-LAC Litigation Coordinator further explained that the prison requires a negative test within twenty-four hours to effect transport of an inmate from any facility under quarantine. Given the logistical challenges involving Mr. Anglin's transportation and the upcoming Court closures, the Court finds it necessary to continue the jury trial in this

matter to **December 12, 2022**. Accordingly, the Court **ORDERS**:

1. The jury trial, currently scheduled to commence on November 28, 2022, is **VACATED**.
2. The jury trial is reset for **December 12, 2022**.
3. The assigned Deputy Attorney General **SHALL** confirm and notify the Court no later than **December 9, 2022, at 12:00 p.m.** that Mr. Anglin has been safely transferred from his facility.
4. The Court's prior orders and writs of habeas corpus ad testicandum to produce Mr. Anglin (Doc. 75) and Mr. St. Pierre (Doc. 77) are **VACATED**.
5. The Court will issue a new writ of habeas corpus ad testicandum soon.

IT IS SO ORDERED.

Dated:   **November 22, 2022**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE