UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ANGLIN, | Case No. 1:19-cv-01334-JLT-SAB (PC) |
| Plaintiff, | ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE JASON EDWARD ST PIERRE**, CDCR # AH-7601 |
| v. | |
| M. PRATTI, et al., | DATE: December 12, 2022 |
| Defendants. | TIME: 8:30 a.m. |

**Inmate Jason Edward St Pierre, CDCR # AH-7601**, a necessary and material witness in a jury trial on December 12, 2022, at 8:30 a.m., is confined at Valley State Prison, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear in person at the United States District Court for the Eastern District of California, Fresno Division before District Judge Jennifer L. Thurston** on December 12, 2022, at 8:30 a.m..

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear in person** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of the Valley State Prison:**

**WE COMMAND** you to produce the inmate named above to appear in person at the time and place above, until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **November 23, 2022**



UNITED STATES DISTRICT JUDGE

