**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND ANGLIN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>M. PRATTI, et al.,<br><br>　　　　　　Defendants. | Case No. 1:19-cv-01334-JLT-SAB (PC)<br><br>NOTICE AND ORDER THAT INMATE RAYMOND ANGLIN, CDCR #BE-8886 IS NO LONGER NEEDED IN THESE PROCEEDINGS |

Plaintiff, Raymond Anglin, CDCR # BE-8886 has concluded his testimony in these proceedings and is no longer needed by this court as a witness in this matter. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **December 14, 2022**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE