# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ANGLIN,<br><br>    Plaintiff,<br><br>v.<br><br>M. PRATTI, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01334-JLT-SAB (PC)<br><br>NOTICE AND ORDER THAT INMATE JASON EDWARD ST PIERRE, CDCR #AH-7601 IS NO LONGER NEEDED IN THESE PROCEEDINGS |

Witness, Jason Edward St Pierre, CDCR # AH-7601, has concluded his testimony in these proceedings and is no longer needed by this court as a witness in this matter. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **December 15, 2022**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE